UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TYSON KENNETH THOMAS,

    Defendant.

Case No. 3:20-cr-64 (3)

District Judge Michael J. Newman

---

**ORDER: (1) FINDING DEFENDANT GUILTY OF TWO VIOLATIONS OF THE CONDITIONS OF HIS SUPERVISED RELEASE; (2) REVOKING DEFENDANT'S SUPERVISED RELEASE; AND (3) SENTENCING DEFENDANT TO THIRTEEN MONTHS INCARCERATION**

---

This criminal case is before the Court following Defendant's final revocation hearing on March 13, 2025. During the hearing, AUSA Jahan Karamali appeared on behalf of the Government; AFPD Thomas Anderson appeared on behalf of Defendant. Upon review of the charges, Defendant, through his counsel, admitted to a total of two violations of the conditions of his supervised release. As a result, the Court found Defendant guilty of those two violations. Pursuant to the record of the hearing, the Court **REVOKES** Defendant's supervised release and **SENTENCES** Defendant to thirteen months incarceration with credit for time served with no supervised release to follow thereafter.

    **IT IS SO ORDERED.**

June 4, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge